IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDDIE LEE RHILES, JR.,

    Plaintiff,

v.                                                       4:23cv457–WS/MAF

EDWARD LEE and
DR. A. CORTES ,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 32) docketed August 2, 2024. The magistrate judge recommends that Defendant Cortes's motion (ECF No. 31) to set aside the clerk's entry of default be granted. Plaintiff has filed objections (ECF No. 35) to the report and recommendation.

Having considered the record in light of Plaintiff's objections, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 32) is hereby ADOPTED and incorporated by reference into this order.

2. Defendant Cortes's motion (ECF No. 31) to set aside the clerk's entry of default is GRANTED.

3. The clerk's entry of default (ECF No. 24) is VACATED AND SET ASIDE.

4. Defendant Cortes shall have fourteen (14) days to file an answer or other responsive pleading to Plaintiff's amended complaint.

5. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this __5th__ day of __September__, 2024.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE